VERONICA ARECHEDERRA HALL
Nevada Bar No. 5855
CAYLA WITTY
Nevada Bar No. 12897
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789

Attorneys for Las Vegas Operations, LLC, d/b/a
Life Care Center of Las Vegas

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GODFREY O. MERE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LAS VEGAS OPERATIONS, LLC, d/b/a<br>LIFE CARE CENTER OF LAS VEGAS,<br><br>　　　　Defendant. | CASE NO. 2:17-cv-00698-JCM-NJK<br><br>STIPULATION AND ORDER TO AMEND COMPLAINT AND CAPTION |

　　　　Plaintiff Godfrey O. Mere filed suit on March 9, 2017, ECF No. 1. On May 1, 2017, Defendant Las Vegas Operations, LLC, d/b/a Life Care Center of Las Vegas, filed its Partial Motion to Dismiss, ECF No. 7. A corrected image of Defendant's Partial Motion to Dismiss was filed May 5, 2017, ECF No. 10, which identified the proper name for Defendant.

　　　　The parties' counsel agreed to file a stipulation and order to dismiss the Plaintiff's Third and Fourth Causes of Action in his Complaint, ECF No. 1, and to properly identify Defendant and amend the caption as such. However, due to technological issues, Defendant's counsel did not receive the proposed stipulation from Plaintiff's counsel. On May 15, 2017, Plaintiff's counsel instead filed a Non-Opposition to the Partial Motion to Dismiss, ECF No. 12, and an Amended Complaint, ECF No. 11.

　　　　THEREFORE, the parties, by and through their respective counsels of record, hereby STIPULATE AND AGREE that Plaintiff's Amended Complaint, ECF No. 11, be accepted as

4830-4126-3176.1

| | |
|---|---|
|1| filed. Defendant shall have twenty-one (21) days from May 15, 2017 to file a responsive pleading |
|2| to the Amended Complaint. |

IT IS FURTHER STIPULATED that Defendant's Partial Motion to Dismiss, ECF No. 7 / ECF No. 10, be DISMISSED AS MOOT.

IT IS FURTHER STIPULATED that the caption in this suit shall be amended to read *Godfrey O. Mere v. Las Vegas Operations, LLC, d/b/a Life Care Center of Las Vegas*.

DATED this 15th day of May, 2017               DATED this 15th day of May, 2017

LEWIS BRISBOIS BISGAARD                        GUINNESS LAW OFFICES
& SMITH LLP

By /s/ *Cayla Witty*                                         /s/ *Guinness Ohazuruike*
VERONICA ARECHEDERRA HALL          GUINNESS OHAZURUIKE
Nevada Bar No. 5855                                Nevada Bar No. 11231
CAYLA WITTY                                          6845 W. Charleston Blvd., #A
Nevada Bar No. 12897                              Las Vegas, NV 89117
6385 S. Rainbow Boulevard, Suite 600     Telephone (702) 473-9300
Las Vegas, Nevada 89118                         Facsimile: (702) 920-8112
Tel. 702.893.3383

Attorneys for Plaintiff

Attorneys for Defendant

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: May 17, 2017