| | |
|---|---|
| 1 | VERONICA ARECHEDERRA HALL |
| | Nevada Bar No. 5855 |
| 2 | CAYLA WITTY |
| | Nevada Bar No. 12897 |
| 3 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| | 6385 S. Rainbow Boulevard, Suite 600 |
| 4 | Las Vegas, Nevada 89118 |
| | 702.893.3383 |
| 5 | FAX: 702.893.3789 |
| 6 | Attorneys for Las Vegas Operations, LLC, d/b/a |
| | Life Care Center of Las Vegas |
| 7 | |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GODFREY O. MERE, | CASE NO. 2:17-cv-00698-JCM-NJK |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE EARLY NEUTRAL EVALUATION SESSION** |
| vs. | |
| LAS VEGAS OPERATIONS, LLC, d/b/a LIFE CARE CENTER OF LAS VEGAS, | **FIRST REQUEST** |
| Defendant. | |

Plaintiff Godfrey O. Mere filed suit on March 9, 2017, ECF No. 1. An amended complaint was filed May 15, 2017, ECF No. 11. On May 18, 2017, the Court set this employment discrimination suit for an Early Neutral Evaluation Session ("ENE"), ECF No. 15. The date for the ENE is currently set for June 29, 2017. This is the first stipulation for continuance of the ENE.

Defendant's counsel is unavailable on this date due to a firm setting for trial in another matter, *Concepcion v. Treasure Island, LLC*, Case No. 2:14-cv-00860-RFB-NJK, in front of District Court Judge Richard F. Boulware.

/ / /

/ / /

/ / /

/ / /

/ / /

4834-7123-2585.1

THEREFORE, the parties, by and through their respective counsels of record, hereby STIPULATE AND AGREE to continue the ENE to a another date to be set by the Court.

DATED this 24th day of May, 2017

DATED this 24th day of May, 2017

LEWIS BRISBOIS BISGAARD
& SMITH LLP

GUINNESS LAW OFFICES

By /s/ *Cayla Witty*
VERONICA ARECHEDERRA HALL
Nevada Bar No. 5855
CAYLA WITTY
Nevada Bar No. 12897
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383

Attorneys for Defendant

/s/ *Guinness Ohazuruike*
GUINNESS OHAZURUIKE
Nevada Bar No. 11231
6845 W. Charleston Blvd., #A
Las Vegas, NV 89117
Telephone (702) 473-9300
Facsimile: (702) 920-8112

Attorneys for Plaintiff

## ORDER

**IT IS ORDERED** that the Early Neutral Evaluation currently set for June 29, 2017, at 1:30 p.m., is **VACATED** and **CONTINUED** to **July 7, 2017, at 9:30 a.m.,** in Chambers, Room 3071.

**IT IS FURTHER ORDERED** that confidential ENE statements are due to Chambers, Room 3071, no later than 4:00 p.m. June 30, 2017.

Dated: May 31, 2017

Peggy A. Leen
United States Magistrate Judge

4834-7123-2585.1

2