VERONICA ARECHEDERRA HALL
Nevada Bar No. 5855
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789

Attorneys for Las Vegas Operations, LLC, d/b/a
Life Care Center of Las Vegas

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GODFREY O. MERE,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS OPERATIONS, LLC, d/b/a<br>LIFE CARE CENTER OF LAS VEGAS,<br><br>Defendant. | CASE NO. 2:17-cv-00698-JCM-NJK<br><br>STIPULATION AND ORDER TO EXTEND<br>EXPERT DISCLOSURE DEADLINES<br><br>(FIRST REQUEST) |

Pursuant to LR 26-4, the parties, hereby stipulate and request this Court extend expert disclosure deadlines in the above-captioned case twenty (21) days, up to and including September 21, 2017. In support of this Stipulation and Request, the parties state as follows:

1. On May 15, 2017, Plaintiff filed his Amended Complaint.

2. On June 5, 2017, Defendant filed its Answer to Plaintiff's Amended Complaint.

3. On June 14, 2017, the parties prepared and filed their Proposed Discovery Plan and Scheduling Order. The current discovery cut-off date is October 30, 2017.

4. The parties exchanged initial disclosures pursuant to Rule 26(a)(1) on June 27, 2017 and June 29, 2017.

5. The parties participated in an Early Neutral Evaluation ("ENE") on July 7, 21017.

6.    Defendant served written discovery requests on July 10, 2017.  Plaintiff is in the process of responding to those requests.

7.    Defendant has served *subpoenas duces tecum* and other requests for documents to third parties.

8.    The parties are in settlement discussions, and are considering scheduling a mediation.

## DISCOVERY REMAINING

1.    Plaintiff will serve written discovery requests on Defendant.

2.    Defendant will take the deposition of Plaintiff.

3.    Plaintiff will take the deposition of Defendant's witnesses, including Defendant's former Director of Nursing, Lori Meadows.

4.    The parties will evaluate whether to retain testifying experts, and, if so, there will be expert discovery.

5.    The parties will take the depositions of any and all other witnesses garnered through discovery.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to conduct discovery, and participate in alternative dispute resolution.

## WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

As stated above, the parties participated in an ENE on July 7, 2017.  Although the matter did not resolve at the ENE, the parties have continued settlement discussions and are contemplating scheduling a mediation.  As such, the parties would like to postpone expert discovery to focus resources on resolving the matter.

In light of these circumstances, the parties require additional time to complete discovery.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

The following is a list of the current discovery deadlines and the parties' proposed extended deadlines.

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert Disclosures | *August 31, 2017* | *September 21, 2017* |
| Rebuttal Expert Disclosures | *October 2, 2017* | *October 19, 2017* |

APPROVED AS TO FORM AND CONTENT.

DATED this <u>10th</u> day of August, 2017.

DATED this <u>10th</u> day of August, 2017.

LEWIS BRISBOIS BISGAARD
& SMITH  LLP

GUINNESS LAW OFFICES

By  */s/ Veronica Arechederra Hall*
  VERONICA ARECHEDERRA HALL
  Nevada Bar No. 5855
  6385 S. Rainbow Boulevard, Suite 600
  Las Vegas, Nevada 89118
  Tel. 702.893.3383

  Attorneys for Defendant

  */s/ Guinness Ohazuruike*
  GUINNESS OHAZURUIKE
  Nevada Bar No. 11231
  6845 W. Charleston Blvd., #A
  Las Vegas, NV 89117
  Telephone (702) 473-9300
  Facsimile: (702) 920-8112

  Attorneys for Plaintiff

**<u>ORDER</u>**

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:_____
August 10, 2017

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW