BRUCE C. YOUNG, ESQ.
Nevada Bar No. 5560
SCOTT H. BARBAG, ESQ.
Nevada Bar No. 14164
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL:   702.893.3383
FAX:   702.893.3789
Bruce.Young@lewisbrisbois.com
Scott.Barbag@lewisbrisbois.om
Attorneys for Las Vegas Operations, LLC, d/b/a
Life Care Center of Las Vegas

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GODFREY O. MERE,<br><br>    Plaintiff,<br><br>vs.<br><br>LAS VEGAS OPERATIONS, LLC, d/b/a LIFE CARE CENTER OF LAS VEGAS,<br><br>    Defendant. | CASE NO. 2:17-cv-00698-JCM-NJK<br><br>**REQUEST FOR LEAVE TO WITHDRAW ATTORNEYS VERONICA ARECHEDERRA HALL AND CAYLA WITTY** |

Defendant Las Vegas Operations, LLC, d/b/a as Life Care Center of Las Vegas, by and through its undersigned counsel, hereby requests leave of the Court to remove Veronica Arechederra Hall and Cayla Witty as counsel of record from the above-captioned case and the Court's docket. Veronica Arechederra Hall, Esq. and Cayla Witty, Esq. are no longer employees of Lewis Brisbois Bisgaard & Smith, LLP and their withdrawal will not cause any delay in the action.

/ / /

/ / /

/ / /

/ / /

/ / /

4830-7591-6366.1

Bruce C. Young, Esq. will become lead counsel of record for Defendant Las Vegas Operations, LLC, d/b/a as Life Care Center of Las Vegas.

DATED this 1st day of September, 2017.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/ Bruce C. Young
BRUCE C. YOUNG, ESQ.
Nevada Bar No. 5560
SCOTT H. BARBAG, ESQ.
Nevada Bar No. 14164
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383

Attorneys for Las Vegas Operations, LLC, d/b/a Life Care Center of Las Vegas

IT IS SO ORDERED.
Dated: September 5, 2017

_____
United States Magistrate Judge